Exhibit A
38 U.S.C. §§ 240, 241 (1970)

### § 233. Employees' apparel; school transportation; recreational equipment; visual exhibits; personal property; emergency transportation of employees.

(a) The Administrator, subject to such limitations as he may prescribe, may—

(1) furnish and launder such wearing apparel as may be prescribed for employees in the performance of their official duties;

(2) transport children of Veterans' Administration employees located at isolated stations to and from school in available Government-owned automotive equipment;

(3) provide recreational facilities, supplies, and equipment for the use of patients in hospitals, and employees in isolated installations;

(4) provide for the preparation, shipment, installation, and display of exhibits, photographic displays, moving pictures and other visual educational information and descriptive material; and

(5) reimburse employees for the cost of repairing or replacing their personal property damaged or destroyed by patients or domiciliary members while such employees are engaged in the performance of their official duties.

For the purposes of subparagraph (4), the Administrator may purchase or rent equipment.

(b) The Administrator, when he determines that an emergency situation exists and that such action is necessary for the effective conduct of the affairs of the Veterans' Administration, may utilize Government-owned, or leased, vehicles to transport employees to and from their place of employment and the nearest adequate public transportation, or, if such public transportation is either unavailable or not feasible to use, to and from their place of employment and their home. The Administrator shall establish reasonable rates to cover the cost of the service rendered, and all proceeds collected therefrom shall be applied to the applicable appropriation. (Pub. L. 85-857, Sept. 2, 1958, 72 Stat. 1116; Pub. L. 87-574, § 1(1), Aug. 6, 1962, 76 Stat. 308; Pub. L. 89-785, title III, § 303(a), (b), Nov. 7, 1966, 80 Stat. 1376, 1377.)

#### AMENDMENTS

1966—Pub. L. 89-785 inserted "; emergency transportation of employees" in the catchline, designated existing provisions of section as subsec. (a), and added subsec. (b).

1962—Pub. L. 87-574 inserted "; personal property" in section catchline, and added subpar. (5).

### § 234. Telephone service for medical officers.

The Administrator may pay for official telephone service and rental in the field whenever incurred in case of official telephones for medical officers of the Veterans' Administration where such telephones are installed in private residences or private apartments or quarters, when authorized under regulations established by the Administrator. (Pub. L. 85-857, Sept. 2, 1958, 72 Stat. 1117.)

### § 235. Benefits to employees at oversea offices who are United States citizens.

The Administrator may, under such rules and regulations as may be prescribed by the President or his designee, provide to personnel of the Veterans' Administration who are United States citizens and are assigned by the Administrator to the Veterans' Administration offices in the Republic of the Philippines or to the Veterans' Administration office in Europe, established pursuant to section 230(c) of this title, allowances and benefits similar to those provided by the following provisions of law:

(1) Section 1131 of title 22 (relating to allowances to provide for the proper representation of the United States).

(2) Section 1136 (1), (2), (3), (4), (5), and (7) of title 22 (relating to travel expenses).

(3) Section 1138 of title 22 (relating to transportation of automobiles).

(4) Section 1148 of title 22 (relating to the return of personnel to the United States on leave of absence).

(5) Section 1156 of title 22 (relating to payments by the United States of expenses for treating illness or injury of officers or employees and dependents requiring hospitalization).

The foregoing authority supplements, but is not in lieu of, other allowances and benefits for overseas employees of the Veterans' Administration provided by titles 5 and 22. (Added Pub. L. 86-116, § 1, July 28, 1959, 73 Stat. 265, and amended Pub. L. 87-815, § 6, Oct. 15, 1962, 76 Stat. 927; Pub. L. 89-300, § 1(c), Oct. 28, 1965, 79 Stat. 1110.)

#### AMENDMENTS

1965—Pub. L. 89-300 redesignated former subsec. (a) as entire section, deleted obsolete references to repealed or superseded sections of the Foreign Service Act of 1946, restated the current applicable references in terms of United States Code citations, added the sentence providing that the foregoing authority supplements, but is not in lieu of, other allowances and benefits for overseas employees of the Veterans' Administration provided by Titles 5 and 22, and omitted former subsec. (b) which permitted overseas employees of the Veterans' Administration to ge granted leaves of absence in the United States similar to that provided by section 203(f) of the Annual and Sick Leave Act of 1951.

1962—Pub. L. 87-815 inserted "or to the Veterans' Administration office established in Europe pursuant to section 230(c) of this title" in two places, and substituted "at oversea offices" for "in the Republic of the Philippines" in the section catchline.

#### SAVINGS CLAUSE

Section 1(d) of Pub. L. 89-300 provided that: "All delegations of authority, orders, regulations, directives, or other official actions, with respect to the benefits and allowances provided by such section 235 of title 38, United States Code, shall continue in full force and effect until modified, amended, superseded, or revoked."

### § 236. Administrative settlement of tort claims arising in foreign countries.

The Administrator may pay tort claims, in the manner authorized in the first paragraph of section 2672 of title 28, when such claims arise in foreign countries in connection with Veterans' Administration operations abroad. A claim may not be allowed under this section unless it is presented in writing to the Administrator or his designee within two years after the claim accrues. (Added Pub. L. 89-300. § 1(a), Oct. 28, 1965, 79 Stat. 1110.)

## Subchapter IV.—Veterans Outreach Services Program

### § 240. Purpose; definitions.

(a) The Congress declares that the outreach services program authorized by this subchapter is for

the purpose of insuring that all veterans, especially those who have been recently discharged or released from active military, naval, or air service and those who are eligible for readjustment or other benefits and services under laws administered by the Veterans' Administration are provided timely and appropriate assistance to aid them in applying for and obtaining such benefits and services in order that they may achieve a rapid social and economic readjustment to civilian life and obtain a higher standard of living for themselves and their dependents. The Congress further declares that the outreach services program authorized by this subchapter is for the purpose of charging the Veterans' Administration with the affirmative duty of seeking out eligible veterans and eligible dependents and providing them with such services.

(b) For the purposes of this subchapter, (1) the term "other governmental programs" shall include all programs under State or local laws as well as all programs under Federal law other than those authorized by this title, and (2) the term "eligible dependent" means an "eligible person" as defined in section 1701(a)(1) of this title. (Added Pub. L. 91-219, title II, § 214(a), Mar. 26, 1970, 84 Stat. 84.)

§ 241. Outreach services.

The Administrator shall provide the following outreach services:

(1) by letter advise each veteran at the time of his discharge or release from active military, naval, or air service, or as soon as possible thereafter, of all benefits and services under laws administered by the Veterans' Administration for which the veteran may be eligible and, in carrying out this paragraph, the Administrator shall give priority to so advising those veterans who, on the basis of their military service records, do not have a high school education or equivalent at the time of discharge or release;

(2) distribute full information regarding all benefits and services to which they may be entitled under laws administered by the Veterans' Administration and may, to the extent feasible, distribute information on other governmental programs (including manpower and training programs) which he determines would be beneficial to veterans; and

(3) provide, to the maximum extent possible, aid and assistance (including personal interviews) to members of the Armed Forces, veterans, and eligible dependents in respect to clauses (1) and (2) above and in the preparation and presentation of claims under laws administered by the Veterans' Administration.

(Added Pub. L. 91-219, title II, § 214(a), Mar. 26, 1970, 84 Stat. 84.)

§ 242. Veterans assistance offices.

(a) The Administrator shall establish and maintain veterans assistance offices at such places throughout the United States and its territories and possessions, and the Commonwealth of Puerto Rico, as he determines to be necessary to carry out the purposes of this subchapter, with due regard for the geographical distribution of veterans recently discharged or released from active military, naval, or air service, the special needs of educationally disadvantaged veterans (including their need for accessibility of outreach services), and the necessity of providing appropriate outreach services in less populated areas.

(b) The Administrator may implement such special telephone service as may be necessary to make the outreach services provided for under this subchapter as widely available as possible. (Added Pub. L. 91-219, title II, § 214(a), Mar. 26, 1970, 84 Stat. 85.)

§ 243. Utilization of other agencies.

In carrying out the purposes of this subchapter, the Administrator may—

(1) arrange with the Secretary of Labor for the State employment service to match the particular qualifications of an eligible veteran or eligible dependent with an appropriate job or job training opportunity, to include where possible, arrangements for outstationing the State employment personnel who provide such assistance at appropriate facilities of the Veterans' Administration;

(2) cooperate with and use the services of any Federal department or agency or any State or local governmental agency or recognized national or other organization;

(3) where appropriate, make referrals to any Federal department or agency or State or local governmental unit or recognized national or other organization;

(4) at his discretion, furnish available space and office facilities for the use of authorized representatives of such governmental unit or other organization providing services; and

(5) conduct studies in consultation with appropriate Federal departments and agencies to determine the most effective program design to carry out the purposes of this subchapter.

(Added Pub. L. 91-219, title II, § 214(a), Mar. 26, 1970, 84 Stat. 85.)

§ 244. Report to Congress.

The Administrator shall include in the annual report to the Congress required by section 214 of this title a report on the activities carried out under this subchapter, each report to include an appraisal of the effectiveness of the programs authorized herein and recommendations for the improvement or more effective administration of such programs. (Added Pub. L. 91-219, title II, § 214(a), Mar. 26, 1970, 84 Stat. 85.)

## PART II.—GENERAL BENEFITS

| Chap. | | Sec. |
|---|---|---|
| 11. | Compensation for Service-Connected Disability or Death | 301 |
| 13. | Dependency and Indemnity Compensation for Service-Connected Deaths | 401 |
| 15. | Pension for Non-Service-Connected Disability or Death or for Service | 501 |
| 17. | Hospital, Domiciliary, and Medical Care | 601 |
| 19. | Insurance | 701 |
| 21. | Specially Adapted Housing for Disabled Veterans | 801 |
| 23. | Burial Benefits | 901 |