Exhibit B
VA Form 21-526 (1971/1972)

*(Detach and retain Instructions)*

## INSTRUCTIONS FOR FILLING OUT THIS APPLICATION (VA FORM 21-526)

NOTE: PLEASE READ VERY CAREFULLY

*"OFFICIAL HISTORY FILE COPY
DO NOT REMOVE"*

### A. GENERAL INSTRUCTIONS

Disability compensation is paid for disability resulting from service in the armed forces. Disability pension is paid for disability not resulting from service in the armed forces, and the disability must be permanent and total. Pension is paid only to veterans of wartime service, or, of service on or after June 27, 1950, and prior to February 1, 1955, or, during the period between August 5, 1964, and a date to be determined by the President or Congress.

### B. ORGANIZATIONS AND ATTORNEYS

You may be represented, without charge, by an accredited representative of any organization recognized by the Administrator of Veterans Affairs. While a claimant may also employ an attorney or claims agent recognized by the Veterans Administration to assist him in prosecuting his claim, it is not necessary that he do so. Any attorney or agent so employed may not legally charge any fee other than that allowed and paid by the Veterans Administration, and which is deducted from benefits otherwise payable to the claimant. If you need information about the meaning of any question, write the Veterans Administration Regional Office. If additional space is needed for any item use "Remarks," Item 37, page 4.

### INCOME LIMITS AND RATES OF PENSION FOR DISABILITY NOT RESULTING FROM SERVICE EFFECTIVE JAN. 1, 1971

| ANNUAL INCOME | | VETERAN NO DEPENDENTS | ONE DEPENDENT | TWO DEPENDENTS | THREE OR MORE DEPENDENTS |
|---|---|---|---|---|---|
| MORE THAN– | EQUAL TO OR LESS THAN BUT | | | | |
| | $300 | $121 | $132 | $137 | $142 |
| $300 | 400 | 119 | 132 | 137 | 142 |
| 400 | 500 | 117 | 132 | 137 | 142 |
| 500 | 600 | 115 | 130 | 135 | 140 |
| 600 | 700 | 112 | 128 | 133 | 138 |
| 700 | 800 | 108 | 126 | 131 | 136 |
| 800 | 900 | 104 | 124 | 129 | 134 |
| 900 | 1,000 | 100 | 122 | 127 | 132 |
| 1,000 | 1,100 | 96 | 119 | 119 | 119 |
| 1,100 | 1,200 | 92 | 116 | 116 | 116 |
| 1,200 | 1,300 | 88 | 113 | 113 | 113 |
| 1,300 | 1,400 | 84 | 110 | 110 | 110 |
| 1,400 | 1,500 | 79 | 107 | 107 | 107 |
| 1,500 | 1,600 | 75 | 104 | 104 | 104 |
| 1,600 | 1,700 | 69 | 101 | 101 | 101 |
| 1,700 | 1,800 | 63 | 99 | 99 | 99 |
| 1,800 | 1,900 | 57 | 96 | 96 | 96 |
| 1,900 | 2,000 | 51 | 93 | 93 | 93 |
| 2,000 | 2,100 | 45 | 90 | 90 | 90 |
| 2,100 | 2,200 | 37 | 87 | 87 | 87 |
| 2,200 | 2,300 | 29 | 84 | 84 | 84 |
| 2,300 | 2,400 | NONE | 81 | 81 | 81 |
| 2,400 | 2,500 | | 78 | 78 | 78 |
| 2,500 | 2,600 | | 75 | 75 | 75 |
| 2,600 | 2,700 | | 72 | 72 | 72 |
| 2,700 | 2,800 | | 69 | 69 | 69 |
| 2,800 | 2,900 | | 66 | 66 | 66 |
| 2,900 | 3,000 | | 62 | 62 | 62 |
| 3,000 | 3,100 | | 58 | 58 | 58 |
| 3,100 | 3,200 | | 54 | 54 | 54 |
| 3,200 | 3,300 | | 50 | 50 | 50 |
| 3,300 | 3,400 | | 42 | 42 | 42 |
| 3,400 | 3,500 | | 34 | 34 | 34 |
| 3,500 | | | NONE | NONE | NONE |

NOTE: $110 additional is payable each month to those rated as being in need of regular aid and attendance or a patient in a nursing home and $44 additional is payable each month to those permanently housebound but not in need of regular aid and attendance.

### C. EVIDENCE—GENERAL

If you have not previously filed claim, attach a photostatic or certified true copy of all separation forms or discharges you received from the armed forces. If you are a pension applicant, 65 years of age or older, no medical evidence is necessary. However, if you claim additional pension because of the need for regular aid and attendance (unless you are a patient in a nursing home), or, because you are housebound, a detailed medical statement should accompany your application. Submission of proof of birth will expedite processing of your claim.

OCT 1971 £1-J£5

## IMPORTANT

THE TOTAL AMOUNT AND SOURCE OF ALL INCOME RECEIVED SHOULD BE REPORTED IN ITEM 34, LINES 1 TO 10, INCLUSIVE, AND WE WILL COMPUTE THE AMOUNT THAT DOES NOT COUNT.

### INCOME EXCLUSIONS PROVIDED BY LAW

1. Your wife's earned income or $1,200 of her total income, whichever is greater.
2. Ten percent of payments to an individual under public or private retirement, annuity, endowment or similar plans or programs.
3. Six months' death gratuity paid by the Armed Forces.
4. Donations from public or private relief or welfare organizations.
5. Compensation, pension, dependency and indemnity compensation, and educational assistance or special training allowance for sons or daughters of veterans paid by the United States Government under laws administered by the Veterans Administration.
6. Payments under policies of Servicemen's Group Life Insurance, United States Government Life Insurance or National Service Life Insurance and payments of Servicemen's Indemnity.
7. Lump sum death payments made by the Social Security Administration.
8. Bonus or similar cash gratuity paid by a State based on service in the Armed Forces of the United States.
9. Proceeds of fire insurance policies.
10. Payments received for discharge of jury duty or witness fees.
11. Profit from sale of real or personal property other than in the course of a business. However, total net proceeds should be reported as NET WORTH.
12. Amounts equal to amounts paid for the last illness and burial of a spouse or child.
13. Amounts equal to prepayments on real property mortgages on the principal residence of a veteran and spouse made after death of spouse during the year of death and the following year.
14. Bequests, devises and inheritances of property (not money). Proceeds should be reported as NET WORTH.
15. Amounts in joint accounts in banks and similar institutions acquired by reason of death of the other joint owner. Proceeds should be reported as NET WORTH.
16. Employer's contributions or reimbursement for Supplementary Medicare or private health insurance plan.
17. Retired Serviceman's Family Protection Plan annuities.

THE ABOVE EXCLUSIONS ARE LISTED FOR INFORMATION ONLY. AS STATED ABOVE, ALL OF YOUR INCOME SHOULD BE REPORTED AND WE WILL COMPUTE THE AMOUNT THAT DOES NOT COUNT.

NET WORTH is the market value of your interest or rights in any kind of property except ordinary personal effects necessary for daily living such as an automobile, clothing or furniture and the dwelling (single family unit) used as your principal residence.

### SPECIFIC INSTRUCTIONS

IMPORTANT: These instructions are numbered to correspond with the items on the application.

Items 17A to 19D inclusive — Marital Information — Complete information concerning all marriages entered into by either you or your spouse and the termination of such marriages must be furnished. Specific details as to the date, place and manner of dissolution of each marriage must be included.

Columns 30C and 31C — Months Worked — The time actually worked should be stated. For example: If you worked full time for 2, 4, 6, 8, or 10 months, you should so state. If you did not work full time each month you should state the months or parts of months you actually worked. For example: 2 months, 1 week, 2 days.

Item 34, lines 1 to 10, inclusive — You should report under this item your expected total income for the periods covered. You must report total income of yourself and your wife from all sources. When reporting income, report the total amount to which you are entitled before any deductions, not the amount you actually receive. Include as income all amounts received or expected as severance pay or accrued payments of any kind or from any source. If you have applied for social security, unemployment or workmen's compensation, or any disability benefit, show the expected payment in the appropriate column. If the amount is not yet determined, enter the word, "unknown". If you and your wife receive income from dividends, interest, rents, investments or operation of a business, profession or farm, which you own jointly, report one-half of the income as yours and one-half as your wife's.

Item 35A — Include market value of stocks, checking accounts, bank deposits, savings accounts and cash. Include 1/2 of the total value of those held jointly by you and your wife.

Item 35B — Do not include the value of the single dwelling unit or that portion of real property used solely as your principal residence. On all other Real Estate reduce the market value by amount of the indebtedness thereon and further report only 1/2 of the net value where the real estate is held jointly between husband and wife.

Item 35C — Report the total market value of your rights and interest in all other property not included in items 35A and 35B. Do not include value of ordinary personal effects necessary for your daily living such as an automobile, clothing and furniture. Include gifts, bequests and inheritances of all property other than cash.

Item 35D — Report all debts except mortgage(s) on real estate.

Item 35E — Report the total of items 35A through 35C less 35D. This should be your NET WORTH.

Form approved
OMB No. 76-R0000

## VETERANS ADMINISTRATION
## VETERAN'S APPLICATION FOR COMPENSATION OR PENSION

IMPORTANT: Read attached General and Specific Instructions before filling in this form. Typewrite, print or write plainly.

(DO NOT WRITE IN THIS SPACE)
VA DATE STAMP

| 1A. FIRST NAME – MIDDLE NAME – LAST NAME OF VETERAN | 1B. TELEPHONE NO. |
|---|---|

| 2. MAILING ADDRESS OF VETERAN (Number and street or rural route, city or P.O., State and ZIP Code) | 3. SOCIAL SECURITY NO. |
|---|---|
| | 7. RAILROAD RETIREMENT NO. |

| 4. DATE OF BIRTH | 5. PLACE OF BIRTH | 6. SEX |
|---|---|---|

8. HAVE YOU EVER FILED A CLAIM FOR COMPENSATION FROM THE U.S. BUREAU OF EMPLOYEES COMPENSATION?
(Formerly the U.S. Employees Compensation Commission)

☐ YES   ☐ NO

9B. FILE NUMBER

9A. HAVE YOU PREVIOUSLY FILED A CLAIM FOR ANY BENEFIT WITH THE VETERANS ADMINISTRATION?

☐ NONE
☐ HOSPITALIZATION OR MEDICAL CARE
☐ WAIVER OF NSLI PREMIUMS
☐ DISABILITY COMPENSATION OR PENSION
☐ VOCATIONAL REHABILITATION (Chapter 31)
☐ VETERANS EDUCATIONAL ASSISTANCE (Chapter 33 or 34)
☐ WAR ORPHANS OR DEPENDENTS EDUCATIONAL ASSIST. (Chap. 35)
☐ DENTAL OR OUTPATIENT TREATMENT
☐ OTHER (Specify)

9C. VA OFFICE HAVING YOUR RECORDS (If known)

### SERVICE INFORMATION

NOTE: Enter complete information for each period of active duty including Reservist or National Guard status. Attach Form DD 214 or other separation papers for all periods of active duty since January 31, 1955, to expedite processing of your claim. If you do NOT have your DD 214 or other separation papers check (√) here ☐

| 10A. ENTERED ACTIVE SERVICE | | 10B. SERVICE NO. | 10C. SEPARATED FROM ACTIVE SERVICE | | 10D. GRADE, RANK OR RATING, ORGANIZATION AND BRANCH OF SERVICE |
|---|---|---|---|---|---|
| DATE | PLACE | | DATE | PLACE | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 10E. HAVE YOU BEEN A PRISONER OF WAR? | 10F. NAME OF COUNTRY | 10G. DATES OF CONFINEMENT |
|---|---|---|
| ☐ YES  ☐ NO  (If "Yes," complete items 10F and 10G) | | |

| 11. IF YOU SERVED UNDER ANOTHER NAME, GIVE NAME AND PERIOD DURING WHICH YOU SERVED AND SERVICE NO. | 12. IF RESERVIST OR NATIONAL GUARDSMAN, GIVE BRANCH OF SERVICE AND PERIOD OF ACTIVE OR INACTIVE TRAINING DUTY DURING WHICH DISABILITY OCCURRED |
|---|---|

| 13A. ARE YOU NOW A MEMBER OF THE RESERVE FORCES OF THE ARMY, NAVY, AIR FORCE, MARINE CORPS, COAST GUARD OR NATIONAL GUARD?  ☐ YES  ☐ NO | 13B. BRANCH OF SERVICE | 13C. RESERVE STATUS  ☐ ACTIVE  ☐ INACTIVE  ☐ RESERVE OBLIGATION |
|---|---|---|

14A. ARE YOU NOW RECEIVING OR WILL YOU RECEIVE RETIREMENT OR RETAINER PAY FROM THE ARMED FORCES?
☐ YES   ☐ NO  (If "Yes," complete 14B, 14C and 14D)

| 14B. BRANCH OF SERVICE | 14C. MONTHLY AMOUNT $ | 14D. RETIRED STATUS  ☐ PERMANENT  ☐ TEMPORARY DISABILITY RETIRED LIST |
|---|---|---|

15A. HAVE YOU EVER APPLIED FOR OR RECEIVED DISABILITY SEVERANCE PAY FROM THE ARMED FORCES?
☐ YES   ☐ NO  (If "Yes," complete 15B)   | 15B. AMOUNT $

16A. HAVE YOU RECEIVED LUMP SUM READJUSTMENT PAY FROM THE ARMED FORCES?
☐ YES   ☐ NO  (If "Yes," complete 16B)   | 16B. AMOUNT $

VA FORM 21-526
OCT 1977

SUPERSEDES VA FORM 21-526, JAN 1969,
WHICH WILL NOT BE USED.

### MARITAL AND DEPENDENCY INFORMATION

| 17A. MARITAL STATUS (Check one) | | 17B. NUMBER OF TIMES YOU HAVE BEEN MARRIED | 17C. NUMBER OF TIMES YOUR PRESENT SPOUSE HAS BEEN MARRIED |
|---|---|---|---|
| ☐ NEVER MARRIED (If so, do not complete 27B through 20D) ☐ MARRIED ☐ WIDOWED ☐ DIVORCED | | | |

#### FURNISH THE FOLLOWING INFORMATION ABOUT EACH OF YOUR MARRIAGES

| 18A. DATE AND PLACE OF MARRIAGE | 18B. TO WHOM MARRIED | 18C. HOW MARRIAGE TERMINATED (Death, divorce) | 18D. DATE AND PLACE TERMINATED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

#### FURNISH THE FOLLOWING INFORMATION ABOUT EACH PREVIOUS MARRIAGE OF YOUR PRESENT SPOUSE

| 19A. DATE AND PLACE OF MARRIAGE | 19B. TO WHOM MARRIED | 19C. HOW MARRIAGE TERMINATED (Death, divorce) | 19D. DATE AND PLACE TERMINATED |
|---|---|---|---|
| | | | |
| | | | |

| 20A. DO YOU LIVE TOGETHER? ☐ YES ☐ NO (If "No," fill in 20B) | 20B. REASON FOR SEPARATION | 20C. AMOUNT YOU CONTRIBUTE TO YOUR WIFE'S SUPPORT MONTHLY $ | 20D. PRESENT ADDRESS OF SPOUSE |
|---|---|---|---|

LIST EACH OF YOUR LIVING UNMARRIED CHILDREN WHO IS: (A) UNDER 18 YEARS OLD OR (B) OVER 18 AND UNDER 23 YEARS AND ATTENDING SCHOOL, OR (C) CHILD OF ANY AGE WHO BECAME PERMANENTLY INCAPABLE OF SELF-SUPPORT DUE TO PHYSICAL OR MENTAL ILLNESS BEFORE AGE 18.

| 21A. FULL NAME OF CHILD | 21B. DATE OF BIRTH (Month, day, year) | 21C. PLACE OF BIRTH | 21D. NAME AND ADDRESS OF PERSON HAVING CUSTODY OF CHILD |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

NOTE – If any child above is over 18 years old, identify in Item 37 "Remarks," and indicate whether attending school or permanently incapable of self-support.

| 22A. IS YOUR FATHER DEPENDENT UPON YOU FOR SUPPORT? ☐ YES ☐ NO (If "Yes," fill in 22B) | 22B. NAME AND ADDRESS OF DEPENDENT FATHER | | 22C. IS YOUR MOTHER DEPENDENT UPON YOU FOR SUPPORT? ☐ YES ☐ NO (If "Yes," fill in 22D) |
|---|---|---|---|
| 22D. NAME AND ADDRESS OF DEPENDENT MOTHER | 22E. NAME AND ADDRESS OF NEAREST RELATIVE | | 22F. RELATIONSHIP OF NEAREST RELATIVE |

23. NATURE OF SICKNESS, DISEASE OR INJURIES FOR WHICH THIS CLAIM IS MADE AND DATE EACH BEGAN

| 24A. ARE YOU NOW OR HAVE YOU BEEN HOSPITALIZED OR FURNISHED DOMICILIARY CARE WITHIN THE PAST THREE MONTHS? ☐ YES ☐ NO (If "Yes," complete 24B and 24C) | 24B. DATES OF HOSPITALIZATION OR DOMICILIARY CARE | 24C. NAME AND ADDRESS OF INSTITUTION |
|---|---|---|

NOTE: Items 25, 26, and 27 need NOT be completed unless you are now claiming compensation for a disability incurred in service.

IF YOU RECEIVED ANY TREATMENT WHILE IN SERVICE, FILL IN THE FOLLOWING INFORMATION

| 25A. NATURE OF SICKNESS, DISEASE OR INJURY | 25B. DATES OF TREATMENT | 25C. NAME, NUMBER OR LOCATION OF HOSPITAL, FIRST-AID STATION, DRESSING STATION, OR INFIRMARY | 25D. ORGANIZATION AT TIME SICKNESS, DISEASE, OR INJURY WAS INCURRED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

LIST CIVILIAN PHYSICIANS AND HOSPITALS WHERE YOU WERE TREATED FOR ANY SICKNESS, INJURY OR DISEASE SHOWN IN ITEM 25A ABOVE BEFORE, DURING, OR SINCE YOUR SERVICE, AND ANY (MILITARY) HOSPITALS SINCE YOUR LAST DISCHARGE.

| 26A. NAME | 26B. PRESENT ADDRESS | 26C. DISABILITY | 26D. DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

LIST PERSONS OTHER THAN PHYSICIANS WHO KNOW ANY FACTS ABOUT ANY SICKNESS, DISEASE OR INJURY SHOWN IN ITEM 25A ABOVE WHICH YOU HAD BEFORE, DURING, OR SINCE YOUR SERVICE.

| 27A. NAME | 27B. PRESENT ADDRESS | 27C. DISABILITY | 27D. DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

IF YOU CLAIM TO BE TOTALLY DISABLED (Complete items 28A thru 31E)

| 28A. ARE YOU NOW EMPLOYED? ☐ YES ☐ NO | 28B. DATE YOU LAST WORKED | 28C. IF YOU WERE SELF-EMPLOYED BEFORE BECOMING TOTALLY DISABLED, JUST WHAT PART OF THE WORK DID YOU DO? | |
|---|---|---|---|
| 28D. IF YOU ARE STILL SELF-EMPLOYED, WHAT PART OF THE WORK DO YOU DO NOW? | 28E. WHAT IS THE MOST YOU EVER EARNED IN ANY ONE YEAR? $ | | 28F. WHAT YEAR? |

| 29A. EDUCATION (Circle highest year completed) 1 2 3 4 5 6 7 8   1 2 3 4   1 2 3 4  (GRADE SCHOOL)  (HIGH SCHOOL)  (COLLEGE) | 29B. NATURE OF AND TIME SPENT IN OTHER EDUCATION AND TRAINING |
|---|---|

LIST ALL YOUR EMPLOYMENT, INCLUDING SELF-EMPLOYMENT, FOR 1 YEAR BEFORE YOU BECAME TOTALLY DISABLED

| 30A. NAME AND ADDRESS OF EMPLOYER | 30B. KIND OF WORK | 30C. MONTHS WORKED | 30D. TIME LOST FROM ILLNESS | 30E. TOTAL EARNINGS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

LIST ALL YOUR EMPLOYMENT, INCLUDING SELF-EMPLOYMENT, SINCE YOU BECAME TOTALLY DISABLED

| 31A. NAME AND ADDRESS OF EMPLOYER | 31B. KIND OF WORK | 31C. MONTHS WORKED | 31D. TIME LOST FROM ILLNESS | 31E. TOTAL EARNINGS |
|---|---|---|---|---|
| | | | | |
| | | | | |

PAGE 2

### 32. INCOME RECEIVED AND EXPECTED FROM ALL SOURCES

NOTE. — Items 32A through 36C should be completed only if you are applying for nonservice-connected pension. (Veterans of Indian Wars, Spanish American War, Boxer Rebellion, or Philippine Insurrection need not complete these items.)

**32A.** HAVE YOU APPLIED FOR OR ARE YOU RECEIVING OR ENTITLED TO RECEIVE ANY BENEFITS FROM THE SOCIAL SECURITY ADMINISTRATION OR RAILROAD RETIREMENT?
☐ YES  ☐ NO  (If "Yes," complete items 32b thru 32d)

**32B.** MONTHLY AMOUNT  $

**32C.** BEGINNING DATE

**32D.** RAILROAD RETIREMENT CLAIM NO.

**33A.** HAVE YOU APPLIED FOR OR ARE YOU RECEIVING OR ENTITLED TO RECEIVE ANNUITY OR RETIREMENT BENEFITS OR ENDOWMENT INSURANCE FROM ANY OTHER SOURCE?
☐ YES  ☐ NO  (If "Yes," complete items 33B thru 33D)

**33B.** MONTHLY AMOUNT  $

**33C.** BEGINNING DATE

**33D.** NAME AND ADDRESS OF SOURCE

### 34. INCOME AND NET WORTH

| LINE NO. | SOURCE (34A) | AMOUNT RECEIVED FROM JAN. 1 TO DATE YOU SIGN THIS STATEMENT | | AMOUNT EXPECTED FROM DATE YOU SIGN THIS STATEMENT TO END OF THIS CALENDAR YEAR | | AMOUNT EXPECTED FOR THE NEXT CALENDAR YEAR | |
|---|---|---|---|---|---|---|---|
| | | VETERAN (34B) | SPOUSE (34C) | VETERAN (34D) | SPOUSE (34E) | VETERAN (34F) | SPOUSE (34G) |
| 1 | TOTAL WAGES (Report total income and not "take home pay") | | | | | | |
| 2 | SOCIAL SECURITY | | | | | | |
| 3 | OTHER ANNUITIES OR RETIREMENT BENEFITS | | | | | | |
| 4 | DIVIDENDS AND INTEREST | | | | | | |
| 5 | UNEMPLOYMENT COMPENSATION | | | | | | |
| 6 | NET INCOME FROM RENTAL(S) | | | | | | |
| 7 | NET PROFIT FROM SELF-EMPLOYMENT (BUSINESS OR FARM) | | | | | | |
| 8 | INSURANCE | | | | | | |
| 9 | OTHER INCOME | | | | | | |
| 10 | TOTAL INCOME (Total of lines 1 thru 9) | | | | | | |
| 11 | GROSS RENTAL(S) (Before any deductions) | | | | | | |

LIST YOUR TOTAL ASSETS (Read Instructions for Items 35A to 35E before you answer the following:)

| 35A. STOCKS, BONDS, BANK DEPOSITS, ETC. | 35B. REAL ESTATE | 35C. OTHER PROPERTY | 35D. TOTAL DEBTS | 35E. NET WORTH |
|---|---|---|---|---|
| $ | $ | $ | $ | $ |

### GROSS INCOME FROM SELF-EMPLOYMENT ON FARM OR BUSINESS OPERATION

NOTE: If you are self-employed or operate a farm or business complete items 36A thru 36C and give detailed explanation under "Remarks".

| 36A. TOTAL INCOME LAST YEAR | 36B. TOTAL INCOME SO FAR THIS YEAR | 36C. EXPECTED INCOME FOR REMAINDER OF YEAR |
|---|---|---|
| $ | $ | $ |

**37. REMARKS** (Identify your statements by their applicable item numbers. If additional space is required, attach separate sheet and identify your statements by their item numbers.)

**CERTIFICATION AND AUTHORIZATION FOR RELEASE OF INFORMATION** — I certify that the foregoing statements are true and complete to the best of my knowledge and belief. I CONSENT that any physician, surgeon, dentist or hospital that has treated or examined me for any purpose, or that I have consulted professionally, may furnish to the Veterans Administration any information about myself and I waive any privilege which renders such information confidential.

**38. DATE SIGNED**

**39. SIGNATURE OF CLAIMANT**
SIGN HERE ▶

### WITNESSES TO SIGNATURE OF CLAIMANT IF MADE BY "X" MARK

NOTE — Signature made by mark must be witnessed by two persons to whom the person making the statement is personally known, and the signatures and addresses of such witnesses must be shown below.

| 39A. SIGNATURE OF WITNESS | 39B. ADDRESS OF WITNESS |
|---|---|
| | |
| 40A. SIGNATURE OF WITNESS | 40B. ADDRESS OF WITNESS |
| | |

**PENALTY** — The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false, or for the fraudulent acceptance of any payment to which you are not entitled.

| | | |
|---|---|---|
| 1. **VETERANS ADMINISTRATION**<br>**VETERAN'S APPLICATION FOR COMPENSATION OR PENSION**<br>IMPORTANT: *Read attached General and Specific Instructions before filling in this form. Typewrite, print or write plainly.* | | Form approved<br>OMB No. 76-R0007<br>(DO NOT WRITE IN THIS SPACE)<br>VA DATE STAMP |

| 1A. FIRST NAME – MIDDLE NAME – LAST NAME OF VETERAN | 1B. TELEPHONE NO. |
|---|---|
| 2. MAILING ADDRESS OF VETERAN (Number and street or rural route, city or P.O., State and ZIP Code) | 3. SOCIAL SECURITY NO. |
| | 7. RAILROAD RETIREMENT NO. |

| 4. DATE OF BIRTH | 5. PLACE OF BIRTH | 6. SEX |
|---|---|---|
| | | |

8. HAVE YOU EVER FILED A CLAIM FOR COMPENSATION FROM THE U.S. BUREAU OF EMPLOYEES COMPENSATION? (Formerly the U.S. Employees Compensation Commission)　☐ YES　☐ NO　　9B. FILE NUMBER

9A. HAVE YOU PREVIOUSLY FILED A CLAIM FOR ANY BENEFIT WITH THE VETERANS ADMINISTRATION?

☐ NONE
☐ HOSPITALIZATION OR MEDICAL CARE
☐ WAIVER OF NSLI PREMIUMS
☐ DISABILITY COMPENSATION OR PENSION
☐ VOCATIONAL REHABILITATION (Chapter 31)
☐ VETERANS EDUCATIONAL ASSISTANCE (Chapter 33 or 34)
☐ WAR ORPHANS OR DEPENDENTS EDUCATIONAL ASSIST. (Chap. 35)
☐ DENTAL OR OUTPATIENT TREATMENT
☐ OTHER (Specify)

9C. VA OFFICE HAVING YOUR RECORDS (If known)

**SERVICE INFORMATION**

NOTE: Enter complete information for each period of active duty including Reservist or National Guard status. Attach Form DD 214 or other separation papers for all periods of active duty since January 31, 1955, to expedite processing of your claim. If you do NOT have your DD 214 or other separation papers check (√) here ☐.

| 10A. ENTERED ACTIVE SERVICE | | 10B. SERVICE NO. | 10C. SEPARATED FROM ACTIVE SERVICE | | 10D. GRADE, RANK OR RATING, ORGANIZATION AND BRANCH OF SERVICE |
|---|---|---|---|---|---|
| DATE | PLACE | | DATE | PLACE | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

| 10E. HAVE YOU BEEN A PRISONER OF WAR? | 10F. NAME OF COUNTRY | 10G. DATES OF CONFINEMENT |
|---|---|---|
| ☐ YES　☐ NO　(If "Yes," complete items 10F and 10G) | | |

| 11. IF YOU SERVED UNDER ANOTHER NAME, GIVE NAME AND PERIOD DURING WHICH YOU SERVED AND SERVICE NO. | 12. IF RESERVIST OR NATIONAL GUARDSMAN, GIVE BRANCH OF SERVICE AND PERIOD OF ACTIVE OR INACTIVE TRAINING DUTY DURING WHICH DISABILITY OCCURRED |
|---|---|

| 13A. ARE YOU NOW A MEMBER OF THE RESERVE FORCES OF THE ARMY, NAVY, AIR FORCE, MARINE CORPS, COAST GUARD OR NATIONAL GUARD?　☐ YES　☐ NO | 13B. BRANCH OF SERVICE | 13C. RESERVE STATUS<br>☐ ACTIVE　☐ RESERVE OBLIGATION<br>☐ INACTIVE |
|---|---|---|

14A. ARE YOU NOW RECEIVING OR WILL YOU RECEIVE RETIREMENT OR RETAINER PAY FROM THE ARMED FORCES?　☐ YES　☐ NO (If "Yes," complete 14B, 14C and 14D)

| 14B. BRANCH OF SERVICE | 14C. MONTHLY AMOUNT<br>$ | 14D. RETIRED STATUS<br>☐ PERMANENT　☐ TEMPORARY DISABILITY RETIRED LIST |
|---|---|---|

| 15A. HAVE YOU EVER APPLIED FOR OR RECEIVED DISABILITY SEVERANCE PAY FROM THE ARMED FORCES?　☐ YES　☐ NO (If "Yes," complete 15B) | 15B. AMOUNT<br>$ |
|---|---|
| 16A. HAVE YOU RECEIVED LUMP SUM READJUSTMENT PAY FROM THE ARMED FORCES?　☐ YES　☐ NO (If "Yes," complete 16B) | 16B. AMOUNT<br>$ |

VA FORM 21-526　SUPERSEDES VA FORM 21-526, OCT 1971,　PAGE 1
AUG 1972　WHICH WILL NOT BE USED.

## MARITAL AND DEPENDENCY INFORMATION

| 17A. MARITAL STATUS (Check one) | | | 17B. NUMBER OF TIMES YOU HAVE BEEN MARRIED | 17C. NUMBER OF TIMES YOUR PRESENT SPOUSE HAS BEEN MARRIED |
|---|---|---|---|---|
| ☐ NEVER MARRIED (If so, do not complete 17B through 20D) | | | | |
| ☐ MARRIED | ☐ WIDOWED | ☐ DIVORCED | | |

NOTE — Furnish the following information about each of your marriages. A certified copy of the public or church record of your CURRENT marriage is required if you or your spouse had a prior marriage.

| 18A. DATE AND PLACE OF MARRIAGE | 18B. TO WHOM MARRIED | 18C. TERMINATED (Death, divorce) | 18D. DATE AND PLACE TERMINATED |
|---|---|---|---|
| | | | |
| | | | |

19. CHECK (✓) WHETHER YOUR CURRENT MARRIAGE WAS PERFORMED:
☐ CLERGYMAN OR AUTHORIZED PUBLIC OFFICIAL     ☐ OTHER (Explain)

### FURNISH THE FOLLOWING INFORMATION ABOUT EACH PREVIOUS MARRIAGE OF YOUR PRESENT SPOUSE

| 20A. DATE AND PLACE OF MARRIAGE | 20B. TO WHOM MARRIED | 20C. HOW MARRIAGE TERMINATED (Death, divorce) | 20D. DATE AND PLACE TERMINATED |
|---|---|---|---|
| | | | |
| | | | |

| 21A. DO YOU LIVE TOGETHER? | 21B. REASON FOR SEPARATION | 21C. AMOUNT YOU CONTRIBUTE TO YOUR WIFE'S SUPPORT MONTHLY | 21D. PRESENT ADDRESS OF SPOUSE |
|---|---|---|---|
| ☐ YES ☐ NO (If "No," fill in items 21B thru 21D) | | $ | |

| 22. HAVE YOU ANY CHILD OR CHILDREN (Check) | ☐ UNDER 18 YEARS OF AGE AND UNMARRIED | ☐ OVER 18 AND UNDER 23, UNMARRIED AND ATTENDING SCHOOL | ☐ OF ANY AGE PERMANENTLY HELPLESS FOR MENTAL OR PHYSICAL REASONS |
|---|---|---|---|

NOTE — If any block in Item 22 is checked, furnish the following information for each child. A certified copy of the public or church record of birth or court record of adoption is required if the child is adopted, a stepchild or illegitimate child

| 23A. FULL NAME OF CHILD | 23B. DATE OF BIRTH (Month, day, year) | 23C. PLACE OF BIRTH | 23D. NAME AND ADDRESS OF PERSON HAVING CUSTODY OF CHILD |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

| 24A. IS YOUR FATHER DEPENDENT UPON YOU FOR SUPPORT? | 24B. NAME AND ADDRESS OF DEPENDENT FATHER | | 24C. IS YOUR MOTHER DEPENDENT UPON YOU FOR SUPPORT? |
|---|---|---|---|
| ☐ YES ☐ NO (If "Yes," fill in 24B) | | | ☐ YES ☐ NO (If "Yes," fill in 24D) |
| 24D. NAME AND ADDRESS OF DEPENDENT MOTHER | 24E. NAME AND ADDRESS OF NEAREST RELATIVE | | 24F. RELATIONSHIP OF NEAREST RELATIVE |

25. NATURE OF SICKNESS, DISEASE OR INJURIES FOR WHICH THIS CLAIM IS MADE AND DATE EACH BEGAN

| 26A. ARE YOU NOW OR HAVE YOU BEEN HOSPITALIZED OR FURNISHED DOMICILIARY CARE WITHIN THE PAST THREE MONTHS? | 26B. DATES OF HOSPITALIZATION OR DOMICILIARY CARE | 26C. NAME AND ADDRESS OF INSTITUTION |
|---|---|---|
| ☐ YES ☐ NO (If "Yes," complete 26B and 26C) | | |

GPO : 1972 O - 475-948

PAGE 2

NOTE: Items 27, 28, and 29 need NOT be completed unless you are now claiming compensation for a disability incurred in service.

IF YOU RECEIVED ANY TREATMENT WHILE IN SERVICE, FILL IN THE FOLLOWING INFORMATION

| 27A. NATURE OF SICKNESS, DISEASE OR INJURY | 27B. DATES OF TREATMENT | 27C. NAME, NUMBER OR LOCATION OF HOSPITAL, FIRST-AID STATION, DRESSING STATION, OR INFIRMARY | 27D. ORGANIZATION AT TIME SICKNESS, DISEASE, OR INJURY WAS INCURRED |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

LIST CIVILIAN PHYSICIANS AND HOSPITALS WHERE YOU WERE TREATED FOR ANY SICKNESS, INJURY OR DISEASE SHOWN IN ITEM 27A ABOVE BEFORE, DURING, OR SINCE YOUR SERVICE, AND ANY (MILITARY) HOSPITALS SINCE YOUR LAST DISCHARGE.

| 28A. NAME | 28B. PRESENT ADDRESS | 28C. DISABILITY | 28D. DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

LIST PERSONS OTHER THAN PHYSICIANS WHO KNOW ANY FACTS ABOUT ANY SICKNESS, DISEASE OR INJURY SHOWN IN ITEM 27A ABOVE WHICH YOU HAD BEFORE, DURING, OR SINCE YOUR SERVICE.

| 29A. NAME | 29B. PRESENT ADDRESS | 29C. DISABILITY | 29D. DATE |
|---|---|---|---|
| | | | |
| | | | |
| | | | |

IF YOU CLAIM TO BE TOTALLY DISABLED (Complete items 30A thru 33E)

Note: Items 30A thru 33E need not be completed if you are age 65 or over and only claiming pension)

| 30A. ARE YOU NOW EMPLOYED? ☐ YES ☐ NO | 30B. DATE YOU LAST WORKED | 30C. IF YOU WERE SELF-EMPLOYED BEFORE BECOMING TOTALLY DISABLED, JUST WHAT PART OF THE WORK DID YOU DO? | |
|---|---|---|---|
| 30D. IF YOU ARE STILL SELF-EMPLOYED, WHAT PART OF THE WORK DO YOU DO NOW? | 30E. WHAT IS THE MOST YOU EVER EARNED IN ANY ONE YEAR? $ | 30F. WHAT YEAR? | |

31A. EDUCATION (Circle highest year completed)

1  2  3  4  5  6  7  8    1  2  3  4    1  2  3  4
(GRADE SCHOOL)   (HIGH SCHOOL)   (COLLEGE)

31B. NATURE OF AND TIME SPENT IN OTHER EDUCATION AND TRAINING

LIST ALL YOUR EMPLOYMENT, INCLUDING SELF-EMPLOYMENT, FOR 1 YEAR BEFORE YOU BECAME TOTALLY DISABLED

| 32A. NAME AND ADDRESS OF EMPLOYER | 32B. KIND OF WORK | 32C. MONTHS WORKED | 32D. TIME LOST FROM ILLNESS | 32E. TOTAL EARNINGS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

LIST ALL YOUR EMPLOYMENT, INCLUDING SELF-EMPLOYMENT, SINCE YOU BECAME TOTALLY DISABLED

| 33A. NAME AND ADDRESS OF EMPLOYER | 33B. KIND OF WORK | 33C. MONTHS WORKED | 33D. TIME LOST FROM ILLNESS | 33E. TOTAL EARNINGS |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

PAGE 3

### 34. INCOME RECEIVED AND EXPECTED FROM ALL SOURCES

NOTE.— Items 34A through 38C should be completed only if you are applying for nonservice-connected pension. (Veterans of Indian Wars, Spanish American War, Boxer Rebellion, or Philippine Insurrection need not complete these items.)

| 34A. HAVE YOU APPLIED FOR OR ARE YOU RECEIVING OR ENTITLED TO RECEIVE ANY BENEFITS FROM THE SOCIAL SECURITY ADMINISTRATION OR RAILROAD RETIREMENT? <br> ☐ YES  ☐ NO  *(If "Yes," complete items 34B thru 34D)* | 34B. MONTHLY AMOUNT <br> $ | 34C. BEGINNING DATE | 34D. RAILROAD RETIREMENT CLAIM NO. |
|---|---|---|---|
| 35A. HAVE YOU APPLIED FOR OR ARE YOU RECEIVING OR ENTITLED TO RECEIVE ANNUITY OR RETIREMENT BENEFITS OR ENDOWMENT INSURANCE FROM ANY OTHER SOURCE? <br> ☐ YES  ☐ NO  *(If "Yes," complete items 35B thru 35D)* | 35B. MONTHLY AMOUNT <br> $ | 35C. BEGINNING DATE | 35D. NAME AND ADDRESS OF SOURCE |

### 36. INCOME AND NET WORTH

| LINE NO. | SOURCE (36A) | AMOUNT RECEIVED FROM JAN. 1 TO DATE YOU SIGN THIS STATEMENT | | AMOUNT EXPECTED FROM DATE YOU SIGN THIS STATEMENT TO END OF THIS CALENDAR YEAR | | AMOUNT EXPECTED FOR THE NEXT CALENDAR YEAR | |
|---|---|---|---|---|---|---|---|
| | | VETERAN (36B) | SPOUSE (36C) | VETERAN (36D) | SPOUSE (36E) | VETERAN (36F) | SPOUSE (36G) |
| 1 | TOTAL WAGES (Report total income and not "take home pay") | | | | | | |
| 2 | SOCIAL SECURITY | | | | | | |
| 3 | OTHER ANNUITIES OR RETIREMENT BENEFITS | | | | | | |
| 4 | DIVIDENDS AND INTEREST | | | | | | |
| 5 | UNEMPLOYMENT COMPENSATION | | | | | | |
| 6 | NET INCOME FROM RENTAL(S) | | | | | | |
| 7 | NET PROFIT FROM SELF-EMPLOYMENT (BUSINESS OR FARM) | | | | | | |
| 8 | INSURANCE | | | | | | |
| 9 | OTHER INCOME | | | | | | |
| 10 | TOTAL INCOME (Total of items 1 thru 9) | | | | | | |
| 11 | GROSS RENTAL(S) (Before any deductions) | | | | | | |

LIST YOUR TOTAL ASSETS (Read instructions for items 37A to 37E before you answer the following:)

| 37A. STOCKS, BONDS, BANK DEPOSITS, ETC. <br> $ | 37B. REAL ESTATE <br> $ | 37C. OTHER PROPERTY <br> $ | 37D. TOTAL DEBTS <br> $ | 37E. NET WORTH <br> $ |
|---|---|---|---|---|

### GROSS INCOME FROM SELF-EMPLOYMENT ON FARM OR BUSINESS OPERATION

NOTE: If you are self-employed or operate a farm or business complete items 38A thru 38C and give detailed explanation under "Remarks".

| 38A. TOTAL INCOME LAST YEAR <br> $ | 38B. TOTAL INCOME SO FAR THIS YEAR <br> $ | 38C. EXPECTED INCOME FOR REMAINDER OF YEAR <br> $ |
|---|---|---|

39. REMARKS (Identify your statements by their applicable item numbers. If additional space is required, attach separate sheet and identify your statements by their item numbers.)

CERTIFICATION AND AUTHORIZATION FOR RELEASE OF INFORMATION — I certify that the foregoing statements are true and complete to the best of my knowledge and belief. I CONSENT that any physician, surgeon, dentist or hospital that has treated or examined me for any purpose, or that I have consulted professionally, may furnish to the Veterans Administration any information about myself and I waive any privilege which renders such information confidential.

| 40. DATE SIGNED | 41. SIGNATURE OF CLAIMANT <br> SIGN HERE ▶ |
|---|---|

### WITNESSES TO SIGNATURE OF CLAIMANT IF MADE BY "X" MARK

NOTE — Signature made by mark must be witnessed by two persons to whom the person making the statement is personally known, and the signatures and addresses of such witnesses must be shown below.

| 42A. SIGNATURE OF WITNESS | 42B. ADDRESS OF WITNESS |
|---|---|
| 43A. SIGNATURE OF WITNESS | 43B. ADDRESS OF WITNESS |

PENALTY — The law provides severe penalties which include fine or imprisonment, or both, for the willful submission of any statement or evidence of a material fact, knowing it to be false, or for the fraudulent acceptance of any payment to which you are not entitled.

PAGE 4

*(Detach and retain Instructions)*

## INSTRUCTIONS FOR FILLING OUT THIS APPLICATION (VA FORM 21-526)

*NOTE: PLEASE READ VERY CAREFULLY*

### A. GENERAL INSTRUCTIONS

Disability compensation is paid for disability resulting from service in the armed forces.

Disability pension is paid for disability not resulting from service in the armed forces, and the disability must be permanent and total. Pension is paid only to veterans of wartime service, or, of service on or after June 27, 1950, and prior to February 1, 1955, or, during the period between August 5, 1964, and a date to be determined by the President or Congress.

### INCOME LIMITS FOR PENSION FOR DISABILITY NOT RESULTING FROM SERVICE EFFECTIVE JAN. 1, 1972

INCOME LIMITS AND RATES OF PENSION. A veteran cannot receive a pension if his annual income is more than $2600 if he has no dependent, or $3800 if he has a dependent. The rate of pension paid to a veteran depends upon the amount of his income and the number of dependents, according to a formula provided by law.

If there is more than one dependent, the monthly payment will be increased by $5 for each additional dependent up to a total of 3.

NOTE: $110 additional is payable each month to those rated as being in need of regular aid and attendance or a patient in a nursing home and $44 additional is payable each month to those permanently housebound but not in need of regular aid and attendance.

### B. ORGANIZATIONS AND ATTORNEYS

You may be represented, without charge, by an accredited representative of any organization recognized by the Administrator of Veterans Affairs. While a claimant may also employ an attorney or claims agent recognized by the Veterans Administration to assist him in prosecuting his claim, it is not necessary that he do so. Any attorney or agent so employed may not legally charge any fee other than that allowed and paid by the Veterans Administration, and which is deducted from benefits otherwise payable to the claimant. If you need information about the meaning of any question, write the Veterans Administration Regional Office. If additional space is needed for any item use "Remarks," Item 39, page 4.

### C. EVIDENCE - GENERAL

If you have not previously filed claim, attach a photostatic or certified true copy of all separation forms or discharges you received from the armed forces. If you are a pension applicant, 65 years of age or older, no medical evidence is necessary. However, if you claim additional pension because of the need for regular aid and attendance (unless you are a patient in a nursing home), or, because you are housebound, a detailed medical statement should accompany your application. Submission of proof of birth will expedite processing of your claim.

### D. REPORTING INCOME AND EXCLUSIONS-NET WORTH FOR PENSION CLAIM

The total amount and source of all income received should be reported in Item 36, lines 1 to 10 inclusive, and we will compute the amount that does not count.

### INCOME EXCLUSIONS PROVIDED BY LAW

1. Your wife's earned income or $1,200 of her total income, whichever is greater.
2. Ten percent of payments to an individual under public or private retirement, annuity, endowment or similar plans or programs.
3. Six months' death gratuity paid by the Armed Forces.
4. Donations from public or private relief or welfare organizations.
5. Compensation, pension, dependency and indemnity compensation, and educational assistance or special training allowance for sons or daughters of veterans paid by the United States Government under laws administered by the Veterans Administration.
6. Payments under policies of Servicemen's Group Life Insurance, United States Government Life Insurance or National Service Life Insurance and payments of Servicemen's Indemnity.
7. Lump sum death payments made by the Social Security Administration.
8. Bonus or similar cash gratuity paid by a State based on service in the Armed Forces of the United States.
9. Proceeds of fire insurance policies.
10. Payments received for discharge of jury duty or witness fees.
11. Profit from sale of real or personal property other than in the course of a business. However, total net proceeds should be reported as NET WORTH.
12. Amounts equal to amounts paid for the last illness and burial of spouse or child.
13. Amounts equal to prepayments on real property mortgages on the principal residence of a veteran and spouse made after death of spouse during the year of death and the following year.
14. Bequests, devises and inheritances of property (not money). Proceeds should be reported as NET WORTH.
15. Amounts in joint accounts in banks and similar institutions acquired by reason of death of the other joint owner. Proceeds should be reported as NET WORTH.
16. Employer's contributions or reimbursement for Supplementary Medicare or private health insurance plan.
17. Retired Serviceman's Family Protection Plan annuities.

THE ABOVE EXCLUSIONS ARE LISTED FOR INFORMATION ONLY. AS STATED ABOVE, ALL OF YOUR INCOME SHOULD BE REPORTED AND WE WILL COMPUTE THE AMOUNT THAT DOES NOT COUNT.

FAMILY UNUSUAL MEDICAL EXPENSES are amounts actually paid by you during the calendar year for unusual medical expenses for which you are not reimbursed by insurance or otherwise. You should report the total unreimbursed amount you paid for Medical expenses for yourself or for relatives you are under an obligation to support. You may include premiums paid for health, sickness or hospitalization insurance. In computing your income for pension purposes, the VA will deduct the amount you paid for medical expenses which exceeds 5% of your reportable annual income.

NET WORTH is the market value of your interest or rights in any kind of property except ordinary personal effects necessary for daily living such as an automobile, clothing or furniture and the dwelling (single family unit) used as your principal residence.

VA FORM AUG 1972 21-526       SUPERSEDES VA FORM 21-526, OCT 1971, WHICH WILL NOT BE USED.

## SPECIFIC INSTRUCTIONS

IMPORTANT: These instructions are numbered to correspond with the items on the application.

Items 17A to 21D inclusive — Marital Information — Complete information concerning all marriages entered into by either you or your spouse and the termination of such marriages must be furnished. Specific details as to the date, place and manner of dissolution of each marriage must be included.

Columns 32C and 33C — Months Worked — The time actually worked should be stated. For example: If you worked full time for 2, 4, 6, 8, or 10 months, you should so state. If you did not work full time each month you should state the months or parts of months you actually worked. For example: 2 months, 1 week, 2 days.

Item 36, lines 1 to 10, inclusive — You should report under this item your expected total income for the periods covered. You must report total income of yourself and your wife from all sources. When reporting income, report the total amount to which you are entitled before any deductions, not the amount you actually receive. Include as income all amounts received or expected as severance pay or accrued payments of any kind or from any source. If you have applied for social security, unemployment or workmen's compensation, or any disability benefit, show the expected payment in the appropriate column. If the amount is not yet determined, enter the word, "unknown". If you and your wife receive income from dividends, interest, rents, investments or operation of a business, profession or farm, which you own jointly, report one-half of the income as yours and one-half as your wife's.

Item 37A — Include market value of stocks, checking accounts, bank deposits, savings accounts and cash. Include 1/2 of the total value of those held jointly by you and your wife.

Item 37B — Do not include the value of the single dwelling unit or that portion of real property used solely as your principal residence. On all other Real Estate reduce the market value by amount of the indebtedness thereon and further report only 1/2 of the net value where the real estate is held jointly between husband and wife.

Item 37C — Report the total market value of your rights and interest in all other property not included in items 37A and 37B. Do not include value of ordinary personal effects necessary for your daily living such as an automobile, clothing and furniture. Include gifts, bequests and inheritances of all property other than cash.

Item 37D — Report all debts except mortgage(s) on real estate.

Item 37E — Report the total of items 37A through 37C less 37D. This should be your NET WORTH.